**No. 60637.**— P. Robertet, Inc., and Roure Dupont Mfg., Inc. *v*. United States, protests 296163–K and 294939–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of essential oils the same in all material respects as those the subject of *Ungerer & Co., Inc.* v. *United States* (33 Cust. Ct. 152, C. D. 1647), the claim of the plaintiffs was sustained.